JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

GARY TAI, an individual; SHUIKEE COMPANY LIMITED, and GOLDEN ESSENCE GLOBAL LIMITED,

Plaintiffs,

v.

JC FUNDING-5, LLC, D-DESIGN LNO Inc., and LESLIE DOTSON,

Defendants.

Case No. 2:19-CV-02536-DDP-AS

**JUDGMENT**

Plaintiffs Gary Tai, ShuiKee Company Limited, and Golden Essence Global Limited's (collectively, "Plaintiffs") Motion for Default Judgment came on for hearing in Courtroom 9C of the above-entitled Court located at 350 West 1st Street, Los Angeles, California 90012, on September 30, 2019, the Honorable Dean D. Pregerson presiding.

After full consideration of all competent and admissible evidence, the Motion, Memorandum, and Declarations filed by Plaintiffs, and the arguments of counsel, the Court finds that Plaintiffs have presented satisfactory evidence to establish that Plaintiffs are entitled to entry of a default judgment against JC Funding-5, LLC

("JC Funding") and D-Design LNO Inc. ("D-Design").

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT a default judgment in favor of Plaintiffs and against JC Funding and D-Design be entered as follows:

(a) awarding damages to Plaintiffs in the sum of $827,000 against JC Funding, jointly and severally with D-Design;

(b) awarding damages to Plaintiffs in the sum of $1,270,647.50 against D-Design, of which $827,000 shall be joint and several with JC Funding and $443,647.50 shall be only against D-Design; and

(c) for post-judgment interest as provided by law.

DATED: 10-16-19

Hon. Dean D. Pregerson
United States District Judge